UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EDDY ARMANDO SAMAYOA,<br><br>　　　　　　　　　　　Defendant. | Case No. 20-CR-0385-GPC<br><br>**ORDER AND JUDGMENT TO DISMISS THE COMPLAINT WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing, IT IS HEREBY ORDERED that the COMPLAINT in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.
Dated: March 5, 2020

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge